IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martin, Marla C

Printed: 12/19/07

Case Number: 07 B 01898
Judge: Wedoff, Eugene R
Filed: 2/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,217.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 6,217.00 |
| Totals: | 6,217.00 | 6,217.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Landmark Lenders | Secured | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 7. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 8. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 9. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 10. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 11. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 12. | American Mortgage LLC | Secured | 0.00 | 0.00 |
| 13. | Landmark Lenders | Secured | 3,227.82 | 0.00 |
| 14. | Select Portfolio Servicing | Secured | 20,968.21 | 0.00 |
| 15. | Washington Mutual Bank FA | Secured | 800.00 | 0.00 |
| 16. | HomEq Servicing Corp | Secured | 9,321.17 | 0.00 |
| 17. | GMAC Mortgage Corporation | Secured | 8,317.08 | 0.00 |
| 18. | Capital One | Unsecured | 1,308.55 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 624.28 | 0.00 |
| 20. | Capital One | Unsecured | 4,337.60 | 0.00 |
| 21. | John Ellsworth Law Offices | Priority |  | No Claim Filed |
| 22. | Sallie Mae | Unsecured |  | No Claim Filed |
| 23. | United Credit Union | Unsecured |  | No Claim Filed |
| 24. | Beneficial | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Martin, Marla C

Printed: 12/19/07

Case Number: 07 B 01898
Judge: Wedoff, Eugene R
Filed: 2/5/07

_____              _____
$ 48,904.71              $ 0.00

### TRUSTEE FEE DETAIL
Fee Rate              Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

